# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-948-843**

**Effective Date of Registration:**
April 01, 2015

## Title

    **Title of Work:** Parrot Necklace

## Completion/Publication

    **Year of Completion:** 2006
    **Date of 1st Publication:** September 15, 2007
    **Nation of 1st Publication:** United Kingdom

## Author

-     **Author:** Cartier Joaillerie International
    **Author Created:** jewelry design
    **Work made for hire:** Yes
    **Domiciled in:** France

## Copyright Claimant

    **Copyright Claimant:** Cartier Creation Studio S.A.
    8, Boulevard James-Fazy, Geneva, Switzerland
    **Transfer statement:** By written agreement

## Certification

    **Name:** Susan Upton Douglass
    **Date:** April 01, 2015
    **Applicant's Tracking Number:** CART 1501228