# EXHIBIT B



US00D680024S

## (12) United States Design Patent
### Le Bail

(10) Patent No.: **US D680,024 S**
(45) Date of Patent: ⋆⋆ **Apr. 16, 2013**

(54) **EARRING**

(75) Inventor: **Wilfrid Le Bail**, Paris (FR)

(73) Assignee: **Cartier Creation Studio SA**, Geneva (CH)

(**) Term: **14 Years**

(21) Appl. No.: **29/410,061**

(22) Filed: **Jan. 4, 2012**

(30) **Foreign Application Priority Data**

Jul. 4, 2011 (WO) .................................. DM/076 883

(51) **LOC (9) Cl.** ....................................................... **11-01**
(52) **U.S. Cl.**
    USPC ................................................................... **D11/49**
(58) **Field of Classification Search** ............. D11/40–56,
    D11/1, 2, 3, 7, 11, 79–86; 63/12, 13, 20,
    63/14.1, 14.2, 14.3
    See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D114,297 S * | 4/1939 | Philippe | D11/49 |
| D138,353 S * | 7/1944 | Philippe | D11/49 |
| D139,393 S * | 11/1944 | Barbieri | D11/49 |
| D142,183 S * | 8/1945 | Katz | D11/49 |
| D143,215 S * | 12/1945 | Katz | D11/49 |
| D182,721 S * | 5/1958 | Howes | D11/205 |
| D247,888 S * | 5/1978 | Krecic | D11/82 |
| D250,516 S * | 12/1978 | Fishman | D11/47 |
| D251,715 S * | 5/1979 | Fishman | D11/52 |
| D474,126 S * | 5/2003 | Jordan | D11/52 |
| D476,255 S * | 6/2003 | Jordan | D11/82 |
| D612,282 S * | 3/2010 | Iacomucci | D11/4 |
| D612,284 S * | 3/2010 | Iacomucci | D11/31 |

* cited by examiner

*Primary Examiner* — Jennifer Rivard
*Assistant Examiner* — Melanie Pellegrini
(74) *Attorney, Agent, or Firm* — Krieg DeVault LLP; Clifford W. Browning

(57) **CLAIM**

The ornamental design for an earring, as shown and described.

### DESCRIPTION

FIG. **1** is a left side top perspective view of the earring of the present invention.
FIG. **2** is a bottom plan view of the earring of FIG. **1**.
FIG. **3** is a left side elevational view of the earring of FIG. **1**.
FIG. **4** is a right side elevational view of the earring of FIG. **1**.
FIG. **5** is a front elevational view of the earring of FIG. **1**.
FIG. **6** is a rear elevational view of the earring of FIG. **1**; and,
FIG. **7** is a top left side perspective view of the earring of FIG. **1**.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**  Apr. 16, 2013  **US D680,024 S**



Fig.1



Fig.2



Fig.3



Fig.4



Fig.5



Fig.6



Fig.7