Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
Allina Hightower (State Bar No. 293460)
ahightower@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Tel: 714-641-5100
Fax: 714-546-9035

Attorneys for Defendant
LUGANO DIAMONDS & JEWELRY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTIER CREATION STUDIO, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> LUGANO DIAMONDS & JEWELRY, INC., and DOES 1-10, inclusive, <br><br> Defendant. | Case No. SACV15-00838 DOC (AGRx) <br><br> **DEFENDANT LUGANO DIAMONDS & JEWELRY, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** |

## ANSWER

Defendant Lugano Diamonds & Jewelry, Inc. ("Lugano"), for itself alone, hereby answers Plaintiff Cartier Creation Studio, S.A.'s ("Cartier") Complaint for Federal Copyright Infringement and Federal Design Patent Infringement (the "Complaint") as follows:

Rutan & Tucker, LLP
attorneys at law

2118/027756-0004
8576996.1 a07/13/15

-1-

DEFENDANT LUGANO DIAMONDS
& JEWELRY, INC.'S ANSWER TO
COMPLAINT

## Nature of the Action

1. Lugano denies the allegations of paragraph 1 of the Complaint.

2. Lugano admits that the Complaint purports to assert claims for copyright infringement and design patent infringement. Except as expressly admitted herein, Lugano denies the allegations of paragraph 2 of the Complaint.

## Jurisdiction and Venue

3. Lugano admits the allegations of paragraph 3 of the Complaint.

4. Lugano admits the allegations of paragraph 4 of the Complaint as to Lugano, and notes that the Complaint does not identify any other defendants.

5. Lugano admits that venue is proper in this Judicial District. Except as expressly admitted herein, Lugano denies the allegations of paragraph 5 of the Complaint.

## The Parties

6. Lugano lacks sufficient information or belief to admit or deny the allegations of paragraph 6 of the Complaint and, on that basis, denies each such allegation.

7. Lugano admits the allegations of paragraph 7 of the Complaint.

8. Lugano lacks sufficient information or belief to admit or deny the allegations of paragraph 8 of the Complaint and, on that basis, denies each such allegation.

## Facts Common to All Claims

9. Lugano lacks sufficient information or belief to admit or deny the allegations of paragraph 9 of the Complaint and, on that basis, denies each such allegation.

10. Lugano lacks sufficient information or belief to admit or deny the allegations of paragraph 10 of the Complaint and, on that basis, denies each such allegation.

11. Lugano lacks sufficient information or belief to admit or deny the

Rutan & Tucker, LLP
attorneys at law

2118/027756-0004
8576996.1 a07/13/15

-2-

DEFENDANT LUGANO DIAMONDS
& JEWELRY, INC.'S ANSWER TO
COMPLAINT

1  allegations of paragraph 11 of the Complaint and, on that basis, denies each such allegation.

2  12.  Lugano lacks sufficient information or belief to admit or deny the allegations of paragraph 12 of the Complaint and, on that basis, denies each such allegation.

3  13.  Lugano lacks sufficient information or belief to admit or deny the allegations of paragraph 13 of the Complaint and, on that basis, denies each such allegation.

4  14.  Lugano lacks sufficient information or belief to admit or deny the allegations of paragraph 14 of the Complaint and, on that basis, denies each such allegation.

5  15.  Lugano lacks sufficient information or belief to admit or deny the allegations of paragraph 15 of the Complaint and, on that basis, denies each such allegation.

6  16.  Lugano lacks sufficient information or belief to admit or deny the allegations of paragraph 16 of the Complaint and, on that basis, denies each such allegation.

7  17.  Lugano admits that a copy of United States patent no. D680,024 is attached as Exhibit B to the Complaint.  Except as expressly admitted herein, Lugano denies the allegations of paragraph 17 of the Complaint.

8  18.  Lugano lacks sufficient information or belief to admit or deny the allegations of paragraph 18 of the Complaint and, on that basis, denies each such allegation.

9  19.  Lugano lacks sufficient information or belief to admit or deny the allegations of paragraph 19 of the Complaint and, on that basis, denies each such allegation.

10  20.  Lugano admits that it designs some jewelry, but states that it did not design the jewelry that is the subject of Cartier's Complaint.  Lugano further admits

Rutan & Tucker, LLP
attorneys at law

2118/027756-0004
8576996.1 a07/13/15

-3-

DEFENDANT LUGANO DIAMONDS
& JEWELRY, INC.'S ANSWER TO
COMPLAINT

1  that it is a retailer of jewelry. Lugano further admits that it has a location at which it
2  shows jewelry in Newport Beach, California and displays jewelry products on its
3  website at www.luganodiamonds.com. Except as expressly admitted herein,
4  Lugano denies the allegations of paragraph 20 of Cartier's Complaint.

5  21.  Lugano denies each and every allegation of paragraph 21 of the
6  Complaint.

7  22.  Lugano denies each and every allegation of paragraph 22 of the
8  Complaint.

9  23.  Lugano admits that it did not seek a license from Cartier to offer to sell
10 the jewelry that is the subject of Cartier's Complaint, as a license was not necessary.
11 Lugano also admits that it is not affiliated with Cartier. Except as expressly
12 admitted herein, Lugano denies the allegations of paragraph 23 of the Complaint.

13 24.  Lugano admits that the image shown appears to be a copy of a screen
14 shot from Lugano's Facebook page. Except as expressly admitted herein, Lugano
15 denies the allegations of paragraph 24 of the Complaint.

16 25.  Lugano lacks sufficient information or belief to admit or deny the
17 allegations of paragraph 25 of the Complaint and, on that basis, denies each such
18 allegation.

19 26.  Lugano denies each and every allegation of paragraph 26 of the
20 Complaint.

21 27.  Lugano denies each and every allegation of paragraph 27 of the
22 Complaint.

23 28.  Lugano denies each and every allegation of paragraph 28 of the
24 Complaint.

25 29.  Lugano denies each and every allegation of paragraph 29 of the
26 Complaint.

27 30.  Lugano denies each and every allegation of paragraph 30 of the
28 Complaint.

Rutan & Tucker, LLP
attorneys at law

2118/027756-0004
8576996.1 a07/13/15

-4-

DEFENDANT LUGANO DIAMONDS
& JEWELRY, INC.'S ANSWER TO
COMPLAINT

31. Lugano denies each and every allegation of paragraph 31 of the Complaint.

32. Lugano denies each and every allegation of paragraph 32 of the Complaint.

33. Lugano admits that counsel for Cartier sent a letter to Lugano on or about May 8, 2015. Except as expressly admitted herein, Lugano denies the allegations of paragraph 33 of the Complaint.

34. Lugano denies each and every allegation of paragraph 34 of the Complaint.

35. Lugano denies each and every allegation of paragraph 35 of the Complaint.

36. Lugano denies each and every allegation of paragraph 36 of the Complaint.

37. Lugano denies each and every allegation of paragraph 37 of the Complaint.

38. Lugano denies each and every allegation of paragraph 38 of the Complaint.

## FIRST CLAIM FOR RELIEF

### Copyright Infringement in Violation of 17 U.S.C. § 501

39. Responding to paragraph 39 of the Complaint, Lugano incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 38, inclusive, above.

40. Lugano lacks sufficient information or belief to admit or deny the allegations of paragraph 40 of the Complaint and, on that basis, denies each such allegation.

41. Lugano denies each and every allegation of paragraph 41 of the Complaint.

42. Lugano denies each and every allegation of paragraph 42 of the

Rutan & Tucker, LLP
attorneys at law
2118/027756-0004
8576996.1 a07/13/15
-5-
DEFENDANT LUGANO DIAMONDS
& JEWELRY, INC.'S ANSWER TO
COMPLAINT

1 Complaint.

2     43.    Lugano denies each and every allegation of paragraph 43 of the
3 Complaint.

4     44.    Lugano denies each and every allegation of paragraph 44 of the
5 Complaint.

6     45.    Lugano denies each and every allegation of paragraph 45 of the
7 Complaint.

## SECOND CLAIM FOR RELIEF

### Design Patent Infringement in Violation of 35 U.S.C. § 271

10     46.    Responding to paragraph 46 of the Complaint, Lugano incorporates by
11 reference, as though fully set forth herein, its responses to paragraphs 1 through 45,
12 inclusive, above.

13     47.    Lugano lacks sufficient information or belief to admit or deny the
14 allegations of paragraph 47 of the Complaint and, on that basis, denies each such
15 allegation.

16     48.    Lugano denies each and every allegation of paragraph 48 of the
17 Complaint.

18     49.    Lugano denies each and every allegation of paragraph 49 of the
19 Complaint.

20     50.    Lugano denies each and every allegation of paragraph 50 of the
21 Complaint.

22     51.    Lugano denies each and every allegation of paragraph 51 of the
23 Complaint.

24     52.    Lugano denies each and every allegation of paragraph 52 of the
25 Complaint.

26 / / /
27 / / /
28 / / /

Rutan & Tucker, LLP
attorneys at law

2118/027756-0004
8576996.1 a07/13/15

-6-

DEFENDANT LUGANO DIAMONDS
& JEWELRY, INC.'S ANSWER TO
COMPLAINT

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (Failure To State A Claim For Relief)

53. The Complaint, and each purported claim for relief alleged therein, fail to state facts sufficient to constitute any claim for relief against Lugano.

### SECOND AFFIRMATIVE DEFENSE

### (Laches)

54. The Complaint, and to each purported claim for relief alleged therein, are barred by the doctrine of laches.

### THIRD AFFIRMATIVE DEFENSE

### (Statute of Limitations)

55. The claim for copyright infringement is barred, in whole or in part, by the applicable statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

### (No Access)

56. Lugano did not have access to the jewelry on which Cartier's copyright claim is based and, therefore, cannot be liable for infringement.

### FIFTH AFFIRMATIVE DEFENSE

### (Scenes a Faire Doctrine)

57. Cartier's claim for copyright infringement is barred by the doctrine of Scenes a Faire.

### SIXTH AFFIRMATIVE DEFENSE

### (Fair Use)

58. Cartier's claim for copyright infringement is barred by the doctrine of fair use.

### SEVENTH AFFIRMATIVE DEFENSE

### (Non-Infringement)

59. Lugano is not infringing and has not infringed, either directly, or

Rutan & Tucker, LLP
attorneys at law

2118/027756-0004
8576996.1 a07/13/15

-7-

DEFENDANT LUGANO DIAMONDS
& JEWELRY, INC.'S ANSWER TO
COMPLAINT

1 indirectly, any copyright interest belonging to Cartier, including any interest
2 protected by U.S. Copyright registration No. VA 1-948-843.

## EIGHTH AFFIRMATIVE DEFENSE
### (Non-Infringement)

60. Lugano is not infringing and has not infringed, either directly, or indirectly, U.S. Design Patent No. D680,024 (the "'024 patent").

## NINTH AFFIRMATIVE DEFENSE
### (Invalidity)

61. On information and belief, the '024 patent is invalid for failure to comply with one or more of the requirements of 35 U.S.C. §§ 102, 103, 112 and 171.

## TENTH AFFIRMATIVE DEFENSE
### (Failure to Mark or Give Notice)

62. On information and belief, Cartier is barred in whole or in part from recovering any alleged damages that occurred prior to the filing of the complaint in this action because Cartier failed to comply with the requirements of 35 U.S.C. § 287 and otherwise failed to give Lugano notice of its alleged patent rights.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Estoppel)

63. On information and belief, Cartier is barred from recovering any alleged damages or asserting that Defendant infringes the "PANTHÈRE Patent" by reason of the doctrine of estoppel, including but not limited to prosecution history estoppel.

## TWELFTH AFFIRMATIVE DEFENSE
### (Unenforceability/Inequitable Conduct)

64. Cartier's '024 patent is unenforceable due to Cartier's inequitable conduct and fraud on the patent office. According to Cartier's Complaint Cartier has been making and selling jewelry in its PANTHÈRE range since 1914. Cartier

Rutan & Tucker, LLP
attorneys at law

2118/027756-0004
8576996.1 a07/13/15

-8-

DEFENDANT LUGANO DIAMONDS
& JEWELRY, INC.'S ANSWER TO
COMPLAINT

further alleges that since 1914, Cartier has made and sold numerous items in the PANTHÈRE range, including panther-head broaches, watches, handbags, pens, sunglasses and more. Cartier also alleges that the PANTHÈRE earrings and the PANTHÈRE ring are part of the PANTHÈRE range. Despite the fact that all of Cartier's jewelry from the PANTHÈRE range that was offered for sale or sold prior to the priority date of the '024 patent constitutes prior art to the '024 patent, Cartier failed to disclose such prior art to the patent office in connection with the application for the '024 patent. On information and belief, Cartier failed to disclose such prior art knowing that it was relevant to patentability, and with the intent to defraud the patent office. On information and belief, had Cartier disclosed all such prior art, the patent office would not have issued the '024 patent.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

65. On information and belief, to the extent Cartier suffered or is entitled to any damages at all, Cartier failed to mitigate its damages.

## ADDITIONAL DEFENSES

66. Lugano alleges that there may be additional affirmative defenses to Cartier's alleged claims for relief which are currently unknown to Lugano. Lugano reserves the right to amend this Answer to allege additional affirmative defenses in the event discovery or other information indicates they are appropriate.

**WHEREFORE**, Lugano prays for the following relief on its Answer:

a. That the Complaint be dismissed with prejudice and judgment be entered in Lugano's favor;

b. That Lugano be awarded its costs and expenses incurred in this action;

c. That Lugano be awarded its attorneys' fees under 35 U.S.C § 285 because this is an exceptional case and/or under 17 U.S.C. § 505; and

Rutan & Tucker, LLP
attorneys at law
2118/027756-0004
8576996.1 a07/13/15
-9-
DEFENDANT LUGANO DIAMONDS
& JEWELRY, INC.'S ANSWER TO
COMPLAINT

1    d.  That the Court grant such other relief as it deems just and
2    proper.
3  Dated: July 13, 2015                    RUTAN & TUCKER, LLP
                                            RONALD P. OINES
4                                           ALLINA HIGHTOWER

6                                           By:  */s/ Ronald P. Oines*
7                                                Ronald P. Oines
                                                 Attorneys for defendant LUGANO
8                                                DIAMONDS & JEWELRY, INC.

Rutan & Tucker, LLP
attorneys at law

2118/027756-0004
8576996.1 a07/13/15

-10-

DEFENDANT LUGANO DIAMONDS
& JEWELRY, INC.'S ANSWER TO
COMPLAINT

**DEMAND FOR JURY TRIAL**

Lugano demands a trial by jury.

Dated: July 13, 2015

RUTAN & TUCKER, LLP
RONALD P. OINES
ALLINA HIGHTOWER

By: */s/ Ronald P. Oines*
Ronald P. Oines
Attorneys for Defendant LUGANO DIAMONDS & JEWELRY, INC.