Stephen Youngerman (SBN 98784)
David A. Robinson (SBN 161103)
*sy@ymlaw.net*; *dar@ymlaw.net*
YOUNGERMAN & McNUTT LLP
11150 West Olympic Boulevard, Suite 900
Los Angeles, CA 90064
Tel: (310) 478-3780; Fax: (310) 478-3831

John P. Margiotta (admitted *pro hac vice*)
jmargiotta@fzlz.com
Felicity Kohn (admitted *pro hac vice*)
fkohn@fzlz.com
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017
(212) 813-5900

Attorneys for Plaintiff CARTIER INTERNATIONAL A.G.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| CARTIER INTERNATIONAL A.G., <br><br> Plaintiff, <br><br> v. <br><br> LUGANO DIAMONDS & JEWELRY INC. and DOES 1-10, <br><br> Defendants. | CASE NO. 8:15-CV-00838 DOC-AGR <br><br> **STIPULATION OF DISMISSAL** |

Plaintiff Cartier International A.G. and Defendant Lugano Diamonds & Jewelry Inc., by their undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of all claims in this action. Each party shall bear its own costs and attorneys' fees.

{F1972394.2 }

SO STIPULATED TO AND AGREED TO BY:

DATED: June 9, 2016

| FROSS ZELNICK LEHRMAN & ZISSU, P.C. | RUTAN & TUCKER, LLP |
|---|---|
| By: /s/ John P. Margiotta<br>John P. Margiotta | By: /s/ Ronald P. Oines<br>Ronald P. Oines |
| Attorneys for Plaintiff<br>CARTIER INTERNATIONAL A.G. | Attorneys for Defendant LUGANO DIAMONDS & JEWELRY INC. |

{F1972394.2 }